UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

- against -   CASE NO.: 6:19-cv-00515-WWB-GJK

SERGE RENE, et al.,

    Defendants.

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Joe Hand Productions, Inc. ("Plaintiff") by and through its attorneys and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendants Serge Rene and Natasha Rene (hereinafter "Defendants") because Defendants have failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

### EVIDENCE RELIED UPON

This motion is based upon the Declaration of Brian T. Giles, the Affidavit of Joe Hand, Jr., the Affidavit of Joseph Melville, Memorandum of Points and Authorities in support of Plaintiff's Motion for Default Judgment, the proposed order granting judgment on default, the Rate Card for the *Floyd Mayweather, Jr. vs. Conor McGregor* broadcast, the Commercial Licensing Agreement for the *Floyd Mayweather, Jr. vs. Conor McGregor* broadcast and the pleadings and records on file with the court in this action.

### BACKGROUND AND ARGUMENT

This action involves a claim for damages by Plaintiff Joe Hand Promotions, Inc. against Defendants for misappropriation of the closed circuit *Floyd Mayweather, Jr. vs. Conor McGregor*

broadcast, scheduled for August 26, 2017, in violation of 47 U.S.C. § 605, *et seq.*, and 47 U.S.C. § 553, *et seq.* Plaintiff served the Summons and Complaint upon Defendants on May 20, 2019. *See* Doc. Nos. 27, 28.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint. Accordingly, Defendants were required to file an answer no later than June 10, 2019. Defendants failed to appear, answer, or otherwise respond to the Summons and Complaint. Upon the failure of the Defendants to timely file a responsive pleading, a Motion for Entry of Default was filed on September 20, 2019 against Defendants. *See* Doc. No. 29. On October 1, 2019, Default was entered against Defendants. *See* Doc. No. 31. Plaintiff now files the instant Motion for Default Judgment. Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

## CONCLUSION

Over 21 days have passed since Defendants were served with the Summons and Complaint. Defendants have not answered and no counsel has entered an appearance in this Court on their behalf. Default was entered against Defendants on October 1, 2019. Accordingly, the Plaintiff is entitled to a Judgment on Default. A proposed Order is attached herewith.

Respectfully submitted,

Dated: December 16, 2019

/s/ Brian T. Giles
Brian T. Giles (Fla. Bar No. 0929751)
Attorney for Plaintiff
JOE HAND PROMOTIONS, INC.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | |
| - against - | CASE NO.: 6:19-cv-00515-WWB-GJK |
| SERGE RENE, et al., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing Plaintiff's Motion for Default Judgment was served on the 16th day of December, 2019, via First Class US MAIL, postage prepaid on the parties below:

Serge & Natasha Rene
d/b/a Legacy Championship Sports Center
3017 Sugar Magnolia Drive
Ocoee, FL 34761-8497


Dated:  December 16, 2019

                 /s/ Brian T. Giles
                 Brian T. Giles (Fla. Bar No. 0929751)
                 Attorney for Plaintiff
                 JOE HAND PROMOTIONS, INC